# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MOODY, JR., JAMES S. | 2. Court or Organization<br><br>U.S. DISTRICT COURT MIDDLE DISTRICT FL | 3. Date of Report<br><br>08/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT COURT JUDGE (SENIOR STATUS) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>U.S. DISTRICT COURT<br>801 N. FLORIDA AVE. #13A<br>TAMPA, FL 33602 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Humana/Compbenefits, Inc. - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch | Margin Loan | N |
| 2. | Moody Investments, LP | Loan | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SUNTRUST CASH ACCOUNTS | A | Interest | K | T | | | | | 1-6 |
| 2. MERRILL LYNCH CASH ACCOUNTS (Y) | | | | | | | | | 10 |
| 3. TRUST ACCOUNT #1 (H) | | | | | | | | | |
| 4. ML BANK DEPOSIT PROGRAM | A | Interest | L | T | | | | | 8 |
| 5. ALGN | | None | K | T | Buy | 12/23/16 | L | | |
| 6. AMBA | | None | L | T | Buy (add'l) | 03/24/16 | K | | |
| 7. | | | | | Sold (part) | 04/20/16 | L | C | |
| 8. | | | | | Buy (add'l) | 05/05/16 | L | | |
| 9. | | | | | Buy (add'l) | 05/25/16 | L | | |
| 10. | | | | | Sold (part) | 06/10/16 | K | C | |
| 11. | | | | | Sold (part) | 06/13/16 | J | | |
| 12. | | | | | Sold (part) | 06/14/16 | K | | |
| 13. | | | | | Sold (part) | 06/21/16 | K | C | |
| 14. | | | | | Sold (part) | 06/22/16 | L | | 22 |
| 15. | | | | | Buy (add'l) | 12/23/16 | L | | |
| 16. AIG | A | Dividend | | | Buy | 06/23/16 | M | | |
| 17. | | | | | Sold | 10/26/16 | M | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 10/27/16 | L | | |
| 19. | | | | | Sold | 11/23/16 | L | B | |
| 20.  NLY | B | Dividend | K | T | | | | | 286 |
| 21.  APTI | | None | K | T | Buy | 11/04/16 | K | | |
| 22.  ARCC | B | Dividend | K | T | Buy (add'l) | 08/26/16 | J | | 288 |
| 23.  ABX | A | Dividend | K | T | Buy | 04/11/16 | J | | |
| 24. | | | | | Buy (add'l) | 04/14/16 | K | | |
| 25. | | | | | Sold | 05/25/16 | K | C | |
| 26. | | | | | Buy | 05/26/16 | L | | |
| 27. | | | | | Sold (part) | 06/22/16 | K | C | |
| 28. | | | | | Buy (add'l) | 06/23/16 | K | | |
| 29. | | | | | Sold (part) | 07/20/16 | K | D | |
| 30. | | | | | Buy (add'l) | 07/21/16 | K | | |
| 31.  BP | B | Dividend | | | Sold (part) | 07/20/16 | L | | |
| 32. | | | | | Sold (part) | 10/26/16 | K | B | |
| 33. | | | | | Buy (add'l) | 11/04/16 | K | | |
| 34. | | | | | Sold | 12/21/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SAM | | None | M | T | Buy | 10/27/16 | L | | |
| 36. | | | | | Sold (part) | 12/21/16 | L | C | |
| 37. | | | | | Buy (add'l) | 12/22/16 | M | | |
| 38. COP | A | Dividend | | | Buy | 01/12/16 | K | | |
| 39. | | | | | Sold | 04/20/16 | K | A | |
| 40. EGO | | None | K | T | Buy | 04/01/16 | K | | |
| 41. | | | | | Sold | 05/25/16 | K | C | |
| 42. | | | | | Buy | 05/27/16 | K | | |
| 43. ETP | B | Dividend | | | Buy (add'l) | 03/11/16 | K | | |
| 44. | | | | | Sold (part) | 03/23/16 | K | | |
| 45. | | | | | Buy (add'l) | 04/01/16 | K | | |
| 46. | | | | | Sold | 04/20/16 | L | | |
| 47. ESV | A | Dividend | | | Sold (part) | 06/22/16 | K | | |
| 48. | | | | | Buy (add'l) | 06/29/16 | L | | |
| 49. | | | | | Sold (part) | 07/15/16 | J | | |
| 50. | | | | | Sold | 07/20/16 | L | | |
| 51. | | | | | Buy | 07/21/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/04/16 | K | | |
| 53. | | | | | Sold (part) | 11/23/16 | K | | |
| 54. | | | | | Sold | 12/21/16 | L | | |
| 55. FEYE | | None | K | T | Buy | 12/12/16 | K | | |
| 56. GDX | | None | | | Buy | 03/03/16 | K | | |
| 57. | | | | | Sold | 03/23/16 | K | B | |
| 58. HP | A | Dividend | | | Sold | 02/24/16 | K | | 263 |
| 59. KMI | | None | | | Buy | 06/16/16 | K | | |
| 60. | | | | | Sold | 07/20/16 | K | B | |
| 61. NGD | | None | | | Buy | 02/16/16 | J | | |
| 62. | | | | | Sold | 03/23/16 | J | B | |
| 63. | | | | | Buy | 03/24/16 | K | | |
| 64. | | | | | Sold | 04/20/16 | K | B | |
| 65. PRU | A | Dividend | | | Sold | 03/23/16 | L | | |
| 66. | | | | | Buy | 04/01/16 | L | | |
| 67. | | | | | Sold | 05/24/16 | L | | |
| 68. | | | | | Buy | 06/29/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/05/16 | L | | |
| 70. | | | | | Sold (part) | 07/20/16 | L | C | |
| 71. | | | | | Sold | 08/23/16 | L | C | |
| 72. | | | | | Buy | 10/27/16 | L | | |
| 73. | | | | | Sold | 11/22/16 | L | C | |
| 74. RF | A | Dividend | K | T | | | | | 290 |
| 75. RGLD | B | Dividend | M | T | Buy | 03/03/16 | K | | |
| 76. | | | | | Sold | 03/23/16 | K | B | |
| 77. | | | | | Buy | 04/14/16 | L | | |
| 78. | | | | | Buy (add'l) | 05/26/16 | L | | |
| 79. | | | | | Sold (part) | 06/20/16 | J | A | |
| 80. | | | | | Sold | 06/22/16 | M | D | |
| 81. | | | | | Buy | 06/23/16 | M | | |
| 82. | | | | | Sold | 07/20/16 | M | D | |
| 83. | | | | | Buy | 07/21/16 | M | | |
| 84. | | | | | Sold (part) | 08/24/16 | L | C | |
| 85. | | | | | Buy (add'l) | 08/26/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SBUX | A | Dividend | | | Buy | 10/28/16 | K | | |
| 87. | | | | | Sold | 11/23/16 | K | B | |
| 88. SQ | | None | K | T | Buy | 12/12/16 | K | | |
| 89. SU | B | Dividend | L | T | Sold (part) | 04/20/16 | L | | 274 |
| 90. | | | | | Buy (add'l) | 05/12/16 | L | | |
| 91. STI | | None | J | T | | | | | 291 |
| 92. MOS | A | Dividend | | | Sold (part) | 07/20/16 | K | | 292 |
| 93. | | | | | Buy (add'l) | 08/02/16 | K | | |
| 94. | | | | | Sold (part) | 08/24/16 | K | B | |
| 95. | | | | | Buy (add'l) | 09/22/16 | L | | |
| 96. | | | | | Sold | 11/23/16 | L | A | |
| 97. TRV | A | Dividend | | | Sold | 04/20/16 | M | C | |
| 98. VLO | | None | | | Buy | 06/16/16 | M | | |
| 99. | | | | | Sold | 08/11/16 | M | C | |
| 100. | | | | | Buy | 09/22/16 | L | | |
| 101. | | | | | Buy (add'l) | 10/04/16 | L | | |
| 102. | | | | | Sold | 10/26/16 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 10/27/16 | L | | |
| 104. | | | | | Sold | 11/22/16 | L | B | |
| 105. WFC | A | Dividend | L | T | Buy | 09/19/16 | L | | |
| 106. | | | | | Sold | 11/21/16 | M | D | |
| 107. | | | | | Buy | 12/19/16 | L | | |
| 108. WYNN | A | Dividend | M | T | Sold (part) | 02/23/16 | M | B | |
| 109. | | | | | Sold | 02/24/16 | J | A | |
| 110. | | | | | Buy | 08/26/16 | L | | |
| 111. | | | | | Sold | 09/21/16 | L | C | |
| 112. | | | | | Buy | 12/22/16 | L | | |
| 113. | | | | | Buy (add'l) | 12/30/16 | L | | |
| 114. CSQ | A | Dividend | J | T | | | | | 293 |
| 115. TRUST ACCOUNT #2 (H) | | | | | | | | | |
| 116. ML BANK DEPOSIT PROGRAM | A | Interest | L | T | | | | | 9 |
| 117. NLY | B | Dividend | K | T | Buy | 06/16/16 | K | | |
| 118. BAC | C | Dividend | N | T | | | | | |
| 119. RGLD | A | Dividend | L | T | Buy | 10/26/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 121. ML BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | 12 |
| 122. BP | A | Dividend | J | T | Buy | 10/13/16 | J | | |
| 123. VLO | A | Dividend | J | T | Buy | 10/13/16 | J | | |
| 124. WFC | A | Dividend | J | T | Buy | 10/13/16 | J | | |
| 125. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 126. ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | 11 |
| 127. BP | A | Dividend | J | T | Buy | 10/13/16 | J | | |
| 128. VLO | A | Dividend | J | T | Buy | 10/13/16 | J | | |
| 129. WFC | A | Dividend | J | T | Buy | 10/13/16 | J | | |
| 130. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 131. ML BANK DEPOSIT PROGRAM (X) | A | Interest | J | T | | | | | |
| 132. COP (X) | A | Dividend | K | T | | | | | |
| 133. PG (X) | A | Dividend | K | T | | | | | |
| 134. TRV (X) | A | Dividend | K | T | | | | | |
| 135. DITEX (X) | A | Dividend | J | T | | | | | |
| 136. CUSTODIAL ACCOUNT #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ML CASH ACCOUNT | | None | J | T | Open | 12/21/16 | J | | |
| 138. NLY | | None | J | T | Buy | 12/21/16 | J | | |
| 139. RGLD | | None | J | T | Buy | 12/21/16 | J | | |
| 140. CSQ | | None | J | T | Buy | 12/21/16 | J | | |
| 141. CUSTODIAL ACCOUNT #2 (H) | | | | | | | | | |
| 142. ML CASH ACCOUNT | | None | J | T | Open | 12/21/16 | J | | |
| 143. NLY | | None | J | T | Buy | 12/21/16 | J | | |
| 144. RGLD | | None | J | T | Buy | 12/21/16 | J | | |
| 145. CSQ | | None | J | T | Buy | 12/21/16 | J | | |
| 146. CUSTODIAL ACCOUNT #3 (H) | | | | | | | | | |
| 147. ML CASH ACCOUNT | | None | J | T | Open | 12/21/16 | J | | |
| 148. NLY | | None | J | T | Buy | 12/21/16 | J | | |
| 149. RGLD | | None | J | T | Buy | 12/21/16 | J | | |
| 150. CSQ | | None | J | T | Buy | 12/21/16 | J | | |
| 151. CUSTODIAL ACCOUNT #4 (H) | | | | | | | | | |
| 152. ML CASH ACCOUNT | | None | J | T | Open | 12/21/16 | J | | |
| 153. NLY | | None | J | T | Buy | 12/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. RGLD | | None | J | T | Buy | 12/21/16 | J | | |
| 155. CSQ | | None | J | T | Buy | 12/21/16 | J | | |
| 156. CUSTODIAL ACCOUNT #5 (H) | | | | | | | | | |
| 157. ML CASH ACCOUNT | | None | J | T | Open | 12/21/16 | J | | |
| 158. NLY | | None | J | T | Buy | 12/21/16 | J | | |
| 159. RGLD | | None | J | T | Buy | 12/21/16 | J | | |
| 160. CSQ | | None | J | T | Buy | 12/21/16 | J | | |
| 161. CUSTODIAL ACCOUNT #6 (H) | | | | | | | | | |
| 162. ML CASH ACCOUNT | | None | J | T | Open | 12/21/16 | J | | |
| 163. NLY | | None | J | T | Buy | 12/21/16 | J | | |
| 164. RGLD | | None | J | T | Buy | 12/21/16 | J | | |
| 165. CSQ | | None | J | T | Buy | 12/21/16 | J | | |
| 166. OTHER HOLDINGS (H) | | | | | | | | | |
| 167. MOODY INVESTMENTS FAMILY LIMITED PARTNERSHIP (X) | G | Int./Div. | P2 | T | | | | | |
| 168. GEO THERMAL | B | Distribution | K | W | | | | | |
| 169. FIRST TAMPA ALEXANDER (Tampa, FL) | D | Rent | M | W | | | | | |
| 170. MISSOURI MIDWAY | E | Interest | M | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. REAL PROPERTY (H) | | | | | | | | | |
| 172. Investment Property #1, Valrico, FL | | None | M | W | | | | | |
| 173. Investment Property #2, Longboat Key, FL | D | Rent | N | W | | | | | |
| 174. Investment Property #3, Hillsborough Co., FL | D | Rent | N | W | | | | | |
| 175. Investment Property #4, Celo, NC | | None | O | W | | | | | |
| 176. Investment Property #5, Highlands, NC | | None | M | W | | | | | |
| 177. Investment Property #6, Highlands, NC | C | Rent | N | W | | | | | |
| 178. Investment Property #7, Highlands, NC | B | Rent | O | W | | | | | |
| 179. Investment Property #8, Plant City, FL | C | Rent | O | W | | | | | |
| 180. Investment Property #9, Plant City, FL | | None | N | W | | | | | |
| 181. Investment Property #10, Tampa, FL | D | Rent | M | W | | | | | |
| 182. Investment Property #11, Tampa FL | D | Rent | M | W | | | | | |
| 183. Investment Property #12, Tampa FL | D | Rent | M | W | | | | | |
| 184. Investment Property #13, Tampa FL | E | Rent | N | W | | | | | |
| 185. Investment Property #14, Tampa FL | | None | N | W | | | | | |
| 186. Investment Property #15, Tampa FL | D | Rent | M | W | | | | | |
| 187. Investment Property #16, Tampa FL | D | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Investment Property #17, St. Petersburg, FL | E | Rent | N | W | | | | | |
| 189. Investment Property #18, St. Petersburg, FL | E | Rent | N | W | | | | | |
| 190. Investment Property #19, Gainesville, FL | | None | N | W | | | | | |
| 191. OPTIONS (H) | | | | | | | | | |
| 192. CALL WYNN (option) | | None | | | Sold | 01/22/16 | J | | |
| 193. | | | | | Sold | 08/24/16 | J | | |
| 194. | | | | | Sold | 12/20/16 | J | | |
| 195. | | | | | Sold | 12/23/16 | J | | |
| 196. CALL WFC (option) | | None | | | Sold | 12/20/16 | J | | |
| 197. CALL SAM (option) | | None | | | Sold | 10/25/16 | J | | |
| 198. | | | | | Sold | 12/20/16 | J | | |
| 199. CALL AMBA (option) | | None | | | Sold | 03/22/16 | J | | |
| 200. | | | | | Sold | 05/03/16 | J | C | |
| 201. | | | | | Sold | 05/24/16 | J | A | |
| 202. | | | | | Buy | 05/25/16 | J | | |
| 203. | | | | | Sold | 05/26/16 | J | | |
| 204. | | | | | Sold | 12/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. CALL RGLD (option) | | None | | | Sold | 03/03/16 | J | | |
| 206. | | | | | Sold | 04/12/16 | J | B | |
| 207. | | | | | Sold | 05/24/16 | J | | |
| 208. | | | | | Sold | 06/21/16 | J | | |
| 209. | | | | | Sold | 07/20/16 | J | B | |
| 210. | | | | | Sold | 08/24/16 | J | C | |
| 211. | | | | | Sold | 09/20/16 | J | C | |
| 212. | | | | | Sold | 12/15/16 | J | | |
| 213. CALL ALGN (option) | | None | | | Sold | 12/21/16 | J | | |
| 214. CALL ESV (option) | | None | | | Sold | 03/07/16 | J | C | |
| 215. | | | | | Sold | 04/19/16 | J | B | |
| 216. | | | | | Sold | 05/24/16 | J | | |
| 217. | | | | | Sold | 06/27/16 | J | | |
| 218. | | | | | Sold | 07/20/16 | J | C | |
| 219. | | | | | Sold | 08/25/16 | J | B | |
| 220. | | | | | Sold | 10/25/16 | J | B | |
| 221. | | | | | Sold | 11/22/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. CALL AIG (option) | | None | | | Sold | 08/09/16 | J | B | |
| 223. | | | | | Sold | 10/25/16 | J | | |
| 224. CALL VLO (option) | | None | | | Sold | 06/14/16 | J | C | |
| 225. | | | | | Sold | 07/20/16 | J | | |
| 226. CALL PRU (option) | | None | | | Sold | 03/07/16 | J | | |
| 227. | | | | | Sold | 03/30/16 | J | | |
| 228. | | | | | Sold | 06/27/16 | J | | |
| 229. | | | | | Sold | 06/30/16 | J | | |
| 230. | | | | | Sold | 10/25/16 | J | | |
| 231. CALL BP (option) | | None | | | Sold | 03/07/16 | J | B | |
| 232. CALL SU (option) | | None | | | Sold | 03/07/16 | J | | |
| 233. CALL ABX (option) | | None | | | Sold | 05/29/16 | J | | |
| 234. | | | | | Sold | 06/21/16 | J | B | |
| 235. | | | | | Sold | 07/20/16 | J | B | |
| 236. CALL MOS (option) | | None | | | Sold | 03/07/16 | J | B | |
| 237. CALL ETP (option) | | None | | | Sold | 03/07/16 | J | | |
| 238. | | | | | Sold | 03/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. CALL COP (option) | | None | | | Sold | 01/08/16 | J | B | |
| 240. | | | | | Sold | 03/22/16 | J | A | |
| 241. CALL HP (option) | | None | | | Sold | 01/22/16 | J | | |
| 242. PUT RGLD (option) | | None | | | Sold | 02/11/16 | J | B | |
| 243. | | | | | Sold | 04/19/16 | J | B | |
| 244. | | | | | Sold | 05/24/16 | J | B | |
| 245. | | | | | Sold | 07/07/16 | J | B | |
| 246. | | | | | Sold | 07/20/16 | J | B | |
| 247. | | | | | Sold | 09/20/16 | J | | |
| 248. | | | | | Buy | 12/07/16 | J | | |
| 249. | | | | | Sold | 12/08/16 | J | A | |
| 250. PUT WYNN (option) | | None | | | Sold | 09/20/16 | J | B | |
| 251. PUT AMBA (option) | | None | | | Sold | 04/19/16 | J | | |
| 252. | | | | | Sold | 06/13/16 | J | B | |
| 253. PUT MOS (option) | | None | | | Sold | 05/24/16 | J | B | |
| 254. PUT PRU (option) | | None | | | Sold | 02/02/16 | J | | |
| 255. | | | | | Buy | 02/22/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 03/22/16 | J | B | |
| 257. | | | | | Sold | 04/19/16 | J | B | |
| 258.  PUT ETP (option) | | None | | | Sold | 03/22/16 | J | B | |
| 259. | | | | | Sold | 04/19/16 | J | B | |
| 260.  PUT COP (option) | | None | | | Sold | 04/19/16 | J | B | |
| 261.  PUT SA (option) | | None | | | Sold | 04/19/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This report reflects a restructuring of the filer's assets:

Part VII, lines 13, 14, 18, 24, 25, 32, 42, 43, 45, 50, 51, 53, 57, 60, 61, 64, 65, 68, 70, 74, 79, 83, 84, 88, 89, 139, and 142-148 of the 2015 report are not reportable in 2016 (Y).

Part VII, line 1: This is a consolidated entry of lines 1-6 of the 2015 report.

Part VII, line 2: This entry corresponds with line 10 of the 2015 report.

Part VII, line 4: This entry corresponds with line 8 of the 2015 report.

Part VII, line 116: This entry corresponds with line 9 of the 2015 report.

Part VII, line 121: This entry corresponds with line 12 of the 2015 report.

Part VII, line 126: This entry corresponds with line 11 of the 2015 report.

Part VII, line 167: This entry represents a limited partnership interest. The entity was duly registered in the state of Florida. Its business offices and operations are located in another state and run by an individual whose information is not subject to this disclosure. As a limited partner, the filer has no control over the assets or activities of the limited partnership; his interest is reported per page 25 of the Alphabetical Reference.

Part VII, lines 171-190: All real property is now numbered sequentially and described as investment property. This does not denote a change in assets.

Part VII, lines 191-261: Each put or call transaction is an independent contract creating the right, but not the obligation, to make future sales or purchases of specific assets. They are not fixed assets, therefore either purchases or sales of individual options can be used to either open or close a contract; they do not generate income. Purchases and sales of any optioned holdings are reported separately from these contracts.

Part VII, lines 263 and 274, Column D(1) of the 2015 report should have reflected partial sales.

Part VII, lines 286, 288, and 290-293 of the 2015 report were transferred into what is identified in this report as Trust #1.

Part VII. lines 322-636 (options attachment) of the 2015 report: All positions were closed in 2015; there is no carryover.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ JAMES S. MOODY, JR.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544